FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARNOLD D. SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 20-cv-4120 |
| | ) | |
| vs. | ) | Judge Marvin E. Aspen |
| | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| DR. FAUZIA KHAN, | ) | |
| | ) | |
| Defendant. | ) | |

## FIRST AMENDED COMPLAINT

Plaintiff, ARNOLD SCOTT, by and through his attorney, the Law Office of Sean Brown, for his Amended Complaint against defendant, DR. KHAN, alleges as follows:

### PARTIES

1. Plaintiff ARNOLD SCOTT (hereinafter "SCOTT") is a former pretrial detainee of the Cook County Department of Corrections (CCDOC) assigned booking number 20170209117.

2. Defendant DR. FAUZIA KHAN (hereinafter DR. KHAN) is a dentist responsible for treating inmates at the CCDOC assigned to the Residential Treatment Unit (RTU) Dental Clinic.

### JURISDICTION AND VENUE

3. This action arises under 42 U.S.C. § 1983.

4. This Court has subject matter jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. Sections 1331 and 1343d(a).

5. Venue is proper in this District because all the conduct complained of occurred in this district.

1

## FACTUAL ALLEGATIONS

6. On or about July 4, 2018, Plaintiff SCOTT's dental filling dislodged while eating a meal provided by Cook County Jail.

7. SCOTT complained of tooth pain to the nursing staff.

8. The nursing staff scheduled SCOTT to see a dentist.

9. The nursing staff also provided SCOTT with Tylenol for his pain.

10. More than 90 days lapsed, however, after SCOTT's initial request to see a dentist before he was finally seen by DR. KHAN.

11. During said time, Plaintiff SCOTT suffered serious dental pain.

12. Eventually, DR. KHAN evaluated SCOTT and simply prescribed him additional pain medication.

13. DR. KHAN also informed SCOTT that she would not be providing him with a new dental filling.

14. Due to his continued complaints of pain, SCOTT was later scheduled for treatment at Stroger Hospital; subsequently, he was scheduled to see another dentist.

15. After being evaluated by a second dentist, that dentist informed SCOTT that he would, in fact, need a new dental filling.

16. Ultimately, DR. KHAN provided SCOTT with a new dental filling more than 11 months after his initial complaints of pain and requests for treatment.

17. Plaintiff SCOTT filed grievances complaining of tooth pain and requesting treatment on July 24, 2018, and again on April 25, 2019.

18. SCOTT complained that his tooth pain was so significant at times that it rendered him unable to eat.

## COUNT I: DELIBERATE INDIFFERENCE

19. Plaintiff realleges and incorporates herein by reference paragraphs one to eighteen (1-18) as if set forth in full herein.

20. Since at least July 4, 2018, Defendant DR. KHAN was aware that Plaintiff SCOTT complained of acute dental pain.

21. Defendant DR. KHAN had the ability to schedule and evaluate Plaintiff on an expedited basis once becoming aware of his complaints of acute dental pain.

22. Defendant DR. KHAN failed to take reasonable measures to ensure that Plaintiff was scheduled, evaluated, and treated within a reasonable time period.

23. Defendant knew that Plaintiff would experience unavoidable pain and suffering until treated.

24. The delay in treatment caused Plaintiff SCOTT to suffer and endure substantial harm.

25. Defendant DR. KHAN was deliberately indifferent to Plaintiff's rights secured under the Eighth and Fourteenth Amendments to the United States Constitution and caused him substantial harm in that he experienced unnecessarily prolonged and gratuitous dental pain.

**WHEREFORE**, Plaintiff SCOTT respectfully requests:

A. That he be awarded compensatory damages in an amount to be determined at trial to compensate him for physical and emotional pain and suffering, along with punitive damages;

B. That Defendant be required to pay prejudgment interest to Plaintiff on these damages;

C. That Plaintiff be awarded reasonable attorneys' fees, costs, and litigation expenses; and

D. For such other relief as the Court may deem just or equitable.

RESPECTFULLY SUBMITTED,

/s/ *Sean Brown*

Sean Brown
Plaintiff's Attorney #6308654
The Law Office of Sean Brown
111 W. Jackson Blvd, Suite 1700
Chicago, IL 60604
Tel: 312-675-6116
Fax: 312-675-6001
attorneyseanbrown@gmail.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing Amended Complaint was filed electronically with this Court, causing a copy of the foregoing document to be delivered via the Court's CM/ECF Electronic Filing System to all Counsel of Record.

By: /s/ Sean Brown
Attorney for Arnold Scott

4